# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Theresa Blackwell  
<u>Debtor</u>

CHAPTER 13

BKY. NO. 16-12369 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 3533

                                        Respectfully submitted,

                                        **/s/Joshua I. Goldman, Esquire**  
                                        Joshua I. Goldman, Esquire  
                                        Thomas Puleo, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406