## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Theresa Blackwell                                    : Chapter 13
                                                     : NO. 16-12369/mdc

## CERTIFICATION OF SERVICE

I, Bradly E. Allen, attorney for the Debtor, Theresa Blackwell, do hereby verify that on October 24, 2016 the following parties were electronically served Debtor's Response to Motion for Relief of US Bank National Association:

Joshua Isaac Goldman
on behalf of US Bank National Assocation

Leon P. Haller
on behalf of US Bank National Association

William C. Miller, Trustee

U.S. Trustee's Office

The following were served by first class mail:

Theresa Blackwell
1107 Glenview St.
Philadelphia, PA 19111


s/Bradly E. Allen
**BRADLY E. ALLEN,**
**Attorney for Debtor**