# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Theresa Blackwell**　　　　　　　　　　　　　　　　　Case No.  **16-12369/mdc**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **13**

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 29, 2016 a copy of a Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the creditors listed below and to the trustee.

**American InfoSource LP as agent for**
**TMobile/T-Mobile USA, Inc.**
**P. O. Box 248848**
**Oklahoma City, OK 73124-8848**

**Peco Energy**
**Attn:  Merrick Friel**
**2301 Market Street, S23-1**
**Philadelphia, PA 19103**

**Quantum3 Group LLC**
**Agent for JH Portfolio Debt Equities**
**PO Box 788**
**Kirkland, WA 98083-0788**

**Navient Solutions, Inc.**
**Dept of Education Loan Services**
**PO Box 9635**
**Wilkes Barre, PA 18773-9635**

**PHFA Loan Servicing**
**211 North Front St.**
**Harrisburg, PA 17101**

**City of Philadelphia**
**Law Dept. Tax Unit**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA 19102**

**Theresa Blackwell**
**1107 Glenview St.**
**Philadelphia, PA 19111**

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Bradly E. Allen, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen, Esquire 35053**
　　　　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　　　　　　**215-725-4242Fax:215-725-8288**
　　　　　　　　　　　　　　　　　　　　　　　**bealaw@verizon.net**