# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Theresa Blackwell

: CHAPTER 13

:

: NO. 16-12369/mdc

## CERTIFICATION OF SERVICE

    I, Bradly E. Allen, attorney for the Debtor, Theresa Blackwell do hereby verify that on November 29, 2016 the following parties were electronically served the Proof of Claim of Bradly E. Allen, Esquire

    William C. Miller, Chapter 13 Standing Trustee

    U.S. Trustee's Office

The following were served by first class mail:

    Theresa Blackwell
    1107 Glenview St.
    Philadelphia, PA 19111

    s/**Bradly E. Allen**
    **BRADLY E. ALLEN,**
    **Attorney for Debtor**