United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12369-mdc
Theresa Blackwell                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina            Page 1 of 2            Date Rcvd: Dec 09, 2016
                            Form ID: pdf900            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
```
db          +Theresa Blackwell,    1107 Glenview Street,    Philadelphia, PA 19111-4528
13704176   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
13829131    +Bradly E. Allen,    7711 Castor Avenue,    Philadelphia, PA 19152-3601
13704177    +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13704179    +Comcast   c/o,    Eastern Account Systeme of Conneticut,    PO Box 837,    Newtown, CT 06470-0837
13704180    +Community College of Philadelphia,    c/o Eastern Revenue Inc.,    998 Old Eagle School Rd.,
              Wayne, PA 19087-1805
13704182    +ERC,   for Comcast Cable,    PO Box 1259, Dept. 98696,    Oaks, PA 19456-1259
13704183    +Jeanes Hospital,    Attn: Billing Dept.,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13769383     Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635
13704187    +PGW,    800 W. Montgomery Avenue,    Philadelpihia, PA 19122-2806
13704186     Penn Medicine,   P. O. Bx 824406,    Philadelphia, PA 19182-4406
13774157    +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
13704190    +US Bank National Assocation c/o,    KML Law Group,    701 Market Street, Ste. 5000,
              Philadelphia, PA 19106-1541
13704191    +US Bank National Association,    211 North Front Street,    PO Box 15057,
              Harrisburg, PA 17105-5057
13704189     United Telemanagement Corp,    for Jeanes Hospital,    PO Box 145465,    Cincinnati, OH 45250-5465
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:54:13     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2016 01:53:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13713886     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2016 01:50:55
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13764738     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2016 01:50:55
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13795557    +E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:54:13
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13704178    +E-mail/Text: equiles@philapark.org Dec 10 2016 01:54:33     City Of Philadelphia,
              Parking Violations Branch,    P. O. Box 41819,    Philadelphia, PA 19101-1819
13704184     E-mail/PDF: pa_dc_claims@navient.com Dec 10 2016 01:45:14     Navient,    P. O. Box 9635,
              Wilkes-Barre, PA 18773-9635
13722893    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 10 2016 01:52:35     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13704185    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 10 2016 01:52:35     Peco Energy,
              Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
13756415     E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2016 01:52:37
              Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
              Kirkland, WA  98083-0788
13704188    +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 10 2016 01:53:34     The CBE Group, Inc./,
              for Verizon,    1309 Techology Pkwy.,    Cedar Falls, IA 50613-6976
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13704181      ##Diverified Consultants, Inc.,    for Dish Network,    PO Box 571,    Fort Mill, SC 29716-0571
13704192      ##+Verizon,   P. O. Box 33078,    St. Petersburg, FL 33733-8078
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Christina             Page 2 of 2              Date Rcvd: Dec 09, 2016
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Theresa  Blackwell bealaw@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

THERESA BLACKWELL : NO. 16-12369-mdc

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed chapter 13 plan payments in the possession of the trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty one(21) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in No. 5 above, Counsel for the Debtor shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for

administrative expenses has been filed or (2) certify that such application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. 1326(a)(2).

BY THE COURT:

12/8/16

*Magdeline D. Coleman*
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE