## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Theresa Blackwell**                                                                                          Case No.  **16-12369/mdc**

Debtor(s)                                                                                                                                     Chapter  **13**

## CERTIFICATE OF NO RESPONSE
## TO ATTORNEY'S APPLICATION FOR COMPENSATION

An Application for Compensation for Bradly E. Allen, debtor's attorney for Approval of Counsel Fees was filed and and a Notice of Application for Compensation and Reimbursement of Expenses was served on November 29, 2016 to all creditors below electronically or by regular United States mail and to the trustee and none of the parties served have filed Objection to the proposed Application for Compensation or to the Application for Administrative Expenses.

**American InfoSource LP as agent for**
**TMobile/T-Mobile USA, Inc.**
**P. O. Box 248848**
**Oklahoma City, OK 73124-8848**

**Peco Energy**
**Attn:  Merrick Friel**
**2301 Market Street, S23-1**
**Philadelphia, PA 19103**

**Quantum3 Group LLC**
**Agent for JH Portfolio Debt Equities**
**PO Box 788**
**Kirkland, WA 98083-0788**

**Navient Solutions, Inc.**
**Dept of Education Loan Services**
**PO Box 9635**
**Wilkes Barre, PA 18773-9635**

**PHFA Loan Servicing**
**211 North Front St.**
**Harrisburg, PA 17101**

**City of Philadelphia**
**Law Dept. Tax Unit**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA 19102**

**Theresa Blackwell**
**1107 Glenview St.**
**Philadelphia, PA 19111**

**Served electronically:**

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**