United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theresa Blackwell  
      Debtor

Case No. 16-12369-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 11, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.  
db            +Theresa Blackwell,    1107 Glenview Street,    Philadelphia, PA 19111-4528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:  
         BRADLY E ALLEN    on behalf of Debtor Theresa  Blackwell bealaw@verizon.net  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
                                                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                         : CHAPTER 13

THERESA BLACKWELL

                              NO. 16-12369/mdc

**ORDER APPROVING COUNSEL FEES
AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is allowed in favor of the Applicant in the amount of $3,000.00.

3. To the extent that funds are available, the Chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation, less $1,690.00 which was paid by the Debtor prepetition, as an administrative expense for a payment to Applicant in the amount of $1,310.00.

Dated: <u>January 11, 2017</u>

                                                            _____
                                                            HONORABLE MAGDELINE D. COLEMAN
                                                            U.S. BANKRUPTCY JUDGE